**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SCOTT KINCAID**                                                                                                      **PLAINTIFF**

**v.**                                   **Case No. 4:20-cv-00136-KGB**

**SALINE COUNTY RECOVERY, LLC**                                               **DEFENDANT**

## ORDER

Before the Court is a motion to dismiss with prejudice filed by plaintiff/counterdefendant Scott Kincaid and a motion to voluntarily dismiss counterclaim filed by defendant/counterplaintiff Saline County Recovery, LLC ("SCR") (Dkt. Nos. 8; 9).  Mr. Kincaid states that he has resolved his differences with SCR and desires for his claims against SCR to be dismissed with prejudice (Dkt. No. 8, ¶¶ 1-2).  SCR moves to dismiss its counterclaim with prejudice (Dkt. No. 9).  For good cause shown, the Court grants Mr. Kincaid's motion to dismiss with prejudice and grants SCR's motion to voluntarily dismiss counterclaim (Dkt. Nos. 8; 9).  The Court denies as moot Mr. Kincaid's motion to dismiss counterclaim (Dkt. No. 4).  Accordingly, the Court dismisses this case with prejudice.

It is so ordered this 12th day of June, 2020.

                                                                              _____
                                                                              Kristine G. Baker
                                                                              United States District Judge